UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANA ADAMS | CIVIL ACTION |
| VERSUS | NO. 14-0364 |
| EASTPOINT RECOVERY GROUP, INC. | SECTION "C" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

New Orleans, Louisiana, this 30th day of April 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE