## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANA ADAMS<br>PLAINTIFF, | *   CIVIL ACTION NO. 2:14-cv-364<br>*<br>* |
| v. | *<br>*   **VOLUNTARY DISMISSAL** |
| EASTPOINT RECOVERY GROUP, INC.<br>DEFENDANT | *<br>* |

DANA ADAMS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, EASTPOINT RECOVERY GROUP, INC., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: <u>December 4, 2014</u>

By: <u>/s/Denis Vega</u>
Denis Vega
Vega & Associates, LLC
4505 Gary Mikel Ave
Metairie, LA 70002
Tel: 504-913-0868
dvega@vegalaw.net
Attorney for Plaintiff, DANA ADAMS

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Denis Vega
Denis Vega
